# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-15-00482-CR
NO. 03-15-00483-CR
NO. 03-15-00484-CR

**Tony Robleto, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## NOS. D-1-DC-14-204512, D-1-DC-14-204513, & D-1-DC-14-204516,
## THE HONORABLE KAREN SAGE, JUDGE PRESIDING

## ORDER FOR CLERK TO PROVIDE APPELLATE RECORD TO APPELLANT

**PER CURIAM**

Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeals are frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has certified to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Appellant's pro se motion is granted in part. **We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided **on or before June 27, 2016**. *See id.* at 321.

It is ordered on June 16, 2016.

Before Justices Puryear, Goodwin, and Field

Do Not Publish